**HOWMEDICA OSTEONICS CORP.,**
Plaintiff–Appellee,

v.

**TRANQUIL PROSPECTS, LTD.,**
Defendant–Appellant.

No. 2007–1358.

United States Court of Appeals,
Federal Circuit.

Jan. 10, 2008.

Rehearing Denied Feb. 6, 2008.

William L. Mentlik, Lerner, David, Littenberg, Krumholz & Mentlik, LLP, of Westfield, New Jersey, argued for plaintiff-appellee. With him on the brief were Paul H. Kochanski, Roy H. Wepner, and Samantha M. Kameros.

George C. Summerfield, Stedheim & Grear, Ltd., of Chicago, Illinois, argued for defendant-appellant. With him on the brief were Joseph A. Grear, Rolf O. Stedheim, Keith A. Vogt, and Steven R. Pedersen.

Before RADER, PROST and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

---

ORDERED and ADJUDGED:

***AFFIRMED.***  *See* Fed. Cir. R. 36.